UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD MORRIS LARRY,<br><br>             Plaintiff,<br><br>     v.<br><br>S. GOODWIN, et al.,<br><br>             Defendants. | 1:17-cv-00172-GSA (PC)<br><br>ORDER TO SUBMIT NEW APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2017, Plaintiff filed the complaint commencing this action, together with an application to proceed in forma pauperis and a certified copy of his prison trust account statement, pursuant to 28 U.S.C. § 1915. (ECF Nos. 1, 2.)

Plaintiff's application to proceed in forma pauperis is deficient. Plaintiff has not completed application. For example, Plaintiff failed to respond to the question on page 2 asking him to "describe . . . each source of money" and "state the amount received and what you expect you will continue to receive." (ECF No. 2 at 2.) Plaintiff shall be granted an opportunity to submit a new, completed application, within thirty days. Plaintiff is not required to submit another copy of his trust account statement.

Accordingly, IT IS HEREBY ORDERED that:

Within thirty (30) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

1

1  the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his trust
2  account statement.
3  **No requests for extension will be granted without a showing of good cause**.  **Failure
4  to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **February 9, 2017**                             /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE