UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JERALD MORRIS LARRY, | 1:17-cv-00172-DAD-GSA-PC |
|---|---|
| Plaintiff, | **ORDER EXTENDING DISPOSITIVE MOTION FILING DEADLINE FROM DECEMBER 20, 2018 TO JANUARY 21, 2019 FOR ALL PARTIES (ECF No. 23.)** |
| vs. | |
| S. GOODWIN, et al., | |
| Defendants. | **New dispositive motion deadline - 01/21/2019** |

## NOTICE OF EXTENSION OF DEADLINE

On May 21, 2018, the court issued a discovery and scheduling order in this case, opening discovery and setting out pretrial deadlines. (ECF No. 23.) Due to mechanical error, the dispositive motion filing deadline was set for December 20, 2018, instead of January 21, 2019. As correction, the deadlines shall now be set as follows:

**Exhaustion Motion Filing Deadline -- 08/21/2018**

**Deadline to Amend Pleadings -- 09/18/2018**

**Discovery Deadline -- 11/21/2018**

**New Dispositive Motion Filing Deadline -- 01/21/2019**

All other provisions of the May 21, 2018 discovery and scheduling order remain the same.

IT IS SO ORDERED.

Dated: **August 30, 2018**          **/s/ Gary S. Austin**
              UNITED STATES MAGISTRATE JUDGE