# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD MORRIS LARRY,<br>  Plaintiff,<br><br>v.<br><br>S. GOODWIN, et al.,<br>  Defendants. | 1:17-CV-00172-DAD-GSA (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JERALD MORRIS LARRY, CDCR # AF-2424, PLAINTIFF WITNESS**<br><br>DATE: NOVEMBER 16, 2018<br>TIME: 10:00 a.m. |

JERALD MORRIS LARRY, inmate, CDCR #AF-2424, is necessary for the proceedings in this case on NOVEMBER 16, 2018, is confined at California State Prison, Corcoran, 4001 King Avenue Corcoran, CA 93212, and is in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on NOVEMBER 16, 2018, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Corcoran**

**WE COMMAND** you to produce the inmate named above before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution. **The inmate's legal property relevant to this case shall accompany the inmate to the trial.**



**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **October 18, 2018**              **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE