UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JERALD MORRIS LARRY, | No. 1:17-cv-00172-DAD-GSA (PC) |
|---|---|
| Plaintiff, | ORDER THAT INMATE JERALD MORRIS LARRY IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| S. GOODWIN, et al., | |
| Defendants. | |

Plaintiff Jerald Morris Larry is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 16, 2018. Inmate Jerald Morris Larry, CDCR #AF-2424, is no longer needed as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 16, 2018**

UNITED STATES MAGISTRATE JUDGE