UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD MORRIS LARRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>S. GOODWIN, et al.,<br><br>　　　　Defendants. | No. 1:17-cv-00172-DAD-GSA (PC)<br><br>ORDER FOLLOWING SETTLEMENT, VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN THIRTY (30) DAYS |

Plaintiff Jerald Morris Larry is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2018, this Court conducted a settlement conference, during which the parties reached a settlement agreement, with terms stated on the record.

Accordingly, it is HEREBY ORDERED that:

1. All pending motions, deadlines, and dates in this action are VACATED; and

2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**November 16, 2018**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE