UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD MORRIS LARRY, | 1:17-cv-00172-DAD-GSA-PC |
| Plaintiff, | ORDER GIVING FULL EFFECT TO STIPULATION FOR VOLUNTARY DISMISSAL, WITH PREJUDICE, UNDER RULE 41 |
| vs. | |
| S. GOODWIN, et al., | (ECF No. 32.) |
| Defendants. | ORDER FOR CLERK TO CLOSE CASE |

Jerald Morris Larry ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds with the original Complaint filed by Plaintiff on February 8, 2017, against defendants Goodwin and Reis on Plaintiff's Eighth Amendment claims based upon alleged unconstitutional conditions of confinement. (ECF No. 1.)

On November 16, 2018, a settlement conference was held before Magistrate Judge Stanley A. Boone, and the case settled. (ECF No. 30.) On November 19, 2018, a stipulation for voluntary dismissal with prejudice under Rule 41 was filed with the Court containing the signatures of Plaintiff and Counsel for defendants Goodwin and Reis. (ECF No. 32.)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on November 19, 2018, is signed by all parties who have

1

appeared in this case. Therefore, the parties' stipulation is given full force and effect and this case is therefore dismissed with prejudice. The Clerk shall close the case.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulation for voluntary dismissal of this action with prejudice is effective as of the date it was filed;
2. This case is DISMISSED WITH PREJUDICE under Rule 41; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 26, 2018**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE